# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>HAROLD TATE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 14] |

Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2019, the undersigned issued a third and final screening order granting Plaintiff leave to file a third amended complaint or notify the Court of his intent to proceed on the claim found to be cognizable. To date, Plaintiff has not responded to the Court's order and time period to do so has expired.

///
///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED that within **twenty-one (21)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed for failure to comply with a court order and failure to prosecute this action. The failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: **January 6, 2020**

UNITED STATES MAGISTRATE JUDGE