UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>HAROLD TATE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE<br><br>[ECF No. 15] |

Plaintiff Jeffrey Franklin is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2019, the undersigned issued a third and final screening order granting Plaintiff leave to file a third amended complaint or notify the Court of his intent to proceed on the claim found to be cognizable. (ECF No. 14.) Plaintiff failed to respond to the Court's November 25, 2019. Therefore, on January 6, 2020, the Court issued an order to show cause why the action should not be dismissed. (ECF No. 15.)

On January 8, 2020, Plaintiff filed a third amended complaint. (ECF No. 16.) In light of Plaintiff's filing, the Court will discharge the November January 6, 2020 order to show cause.

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. The January 6, 2020 order to show cause (ECF No. 15) is discharged; and
2. Plaintiff is advised that the Court will screen his third amended complaint in due course.

IT IS SO ORDERED.

Dated: **January 9, 2020**

UNITED STATES MAGISTRATE JUDGE