**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TATE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF No. 18] |

　　　　Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 27, 2020, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed on Plaintiff's retaliation claim for discontinuance of radiation treatment and deliberate indifference claim against Defendant Dr. Tate, and all other claims and defendants be dismissed from the action for failure to state a cognizable claim for relief. (ECF. No. 18.) The findings and recommendations were served on plaintiff and contained notice that objections were due within twenty-one (21) days. (*Id.*) No objections were filed and time to do so has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The January 27, 2020 Findings and Recommendations are adopted in full;
2. This action shall proceed on Plaintiff's retaliation and deliberate indifference claims against Defendant Dr. Tate;
3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and
4. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: March 4, 2020

SENIOR DISTRICT JUDGE