UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD TATE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S MARCH 6, 2020, ORDER<br><br>(ECF No. 20) |

Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2020, the Court found that service of the complaint was appropriate as to Defendant Harold Tate. (ECF No. 20.)

On March 11, 2020 the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service. (ECF No. 22.) A waiver by the Office of the Attorney General was due thirty days thereafter. (ECF No. 20.) However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty-day time period has expired.

///

///

1

Accordingly, it is HEREBY ORDERED that within thirty (30) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's March 6, 2020, order.  <u>The Clerk of Court shall serve a copy of this order by email on Supervising Deputy Attorney General Christopher Becker</u>.

IT IS SO ORDERED.

Dated:   **April 16, 2020**

UNITED STATES MAGISTRATE JUDGE