UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>            Plaintiff,<br><br>      v.<br><br>HAROLD TATE,<br><br>            Defendant. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 34) |

Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the discovery and dispositive motion deadlines, filed February 12, 2021.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to March 15, 2021 and the dispositive motion deadline is extended to May 14, 2021.

IT IS SO ORDERED.

Dated:   **February 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1