# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE,<br><br>　　　　Defendant. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 38) |

Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the dispositive motion deadline, filed May 10, 2021.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to August 14, 2021.

IT IS SO ORDERED.

Dated: __May 11, 2021__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1