UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01170-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>(Doc. Nos. 40, 41) |

Plaintiff Jeffrey Franklin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2021, the Magistrate Judge issued a Findings and Recommendation recommending that Defendant's motion to dismiss the action be granted. (Doc. No. 41.) The Findings and Recommendation was served on the parties and contained notice that objections were due within fourteen (14) days. (Id.) Plaintiff did not file objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on July 15, 2021, is adopted in full; and
2. Defendant's motion to dismiss the action filed on June 7, 2021 (Doc. No. 40) is granted; and
3. The action is dismissed with prejudice for Plaintiff's failure to comply with his discovery obligations and orders of the Court.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
SENIOR DISTRICT JUDGE